# Anthony J. DeGirolamo
Attorney at Law

Courtyard Centre, Suite 625
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net



July 15, 2010

United States Bankruptcy Court
Attn: Clerk's Office
401 McKinley Avenue SW
Canton, Ohio 44702

    Re:    In re Reed, Case No. 08-60878

Dear Clerk:

Enclosed please find check no. 112 for dividends of less than $5.00 in the above mentioned case.

| **Dividend** | **Creditor Name and Address** |
| --- | --- |
| $3.69 | Ohio Edison<br>Bankruptcy Department- Room 204<br>6896 Miller Road<br>Brecksville, Ohio 44141 |

Very truly yours,

Anthony J. DeGirolamo
/aw

ENC

FROM: ANTHONY J DEGIROLAMO
COURTYARD CENTRE STE 625
116 CLEVE AVE NW
CANTON OH 44702
330-588-9700

TOTAL    $3.69
TEND     3.69
CHANGE   .00

Code  Qty  Amount
UF - UNCLAIMED FUNDS  1@  $3.67CK
Debtor - REED
Case # 08-60878

R1 - 0000607705 - SESHE
July 16, 2010 11:45:04

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio
Canton Division